# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-11322
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

CHRISTINA JUAREZ,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-150-1

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Christina Juarez has moved to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-11322

withdraw as counsel and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Juarez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Juarez's claim of ineffective assistance of counsel; we therefore decline to consider that claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record reflected therein, and Juarez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Juarez's motion for appointment of substitute counsel is DENIED.